## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**RUDY BRYANT FRANCIS**                                                    **CIVIL ACTION**

**VERSUS**                                                                         **NO. 07-3772**

**MARCEL JOE NULL, ET AL**                                          **SECTION "S"(5)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report

and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this

matter.  Therefore,

   **IT IS ORDERED** that the instant matter be **DISMISSED WITH PREJUDICE** as

frivolous.

   New Orleans, Louisiana, this __18th__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE